UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 0 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHUNG MU SON
7328 Mallory Circle
Alexandria, VA 22315

      Plaintiff

v.

YOUNG SAM KIM
7-6 Sangdo-donz, Dongjak-ku
Seoul, Korea 156-830

      Defendant.

CASE NUMBER   1:05CV02318
JUDGE: James Robertson
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 12/02/2005

### PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN A CASE BY CONVENTIONAL FILING AND NOT BY ELECTRONIC TRANSMISSION

Plaintiff Chung Mu Son respectfully moves the Court to grant permission for him and his undersigned attorney, Robert A. Ackerman, to proceed with this new case through conventional filing procedures rather than through electronic transmission. A proposed complaint for the new case and a memorandum of Points and Authorities are provided.

Respectfully submitted,

*Robert A. Ackerman*
Robert A. Ackerman 37200
1250 Fourth Street, S.W., No. 504W
Washington, D.C. 20024
Tel. (202) 554 2908   Fax: (202) 554 3709

LAW OFFICES
ROBERT A. ACKERMAN
1250 FOURTH ST., S.W., #504 W
WASHINGTON, D.C. 20024
(202)554-2908

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHUNG MU SON              :
7328 Mallory Circle
Alexandria, VA 22315      :

       Plaintiff    :

v.                        :  Civil Action No.

YOUNG SAM KIM             :
7-6 Sangdo-donz, Dongjak-ku
Seoul, Korea 156-830      :

       Defendant.   :

---

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Undersigned Plaintiff's attorney has been a member of the bar of this Court since he was admitted to practice here on December 8, 1964. He spent six years with the Department of Justice, including two years as an Assistant United States Attorney in this District. He has practiced law as a sole practitioner since 1971.

2. In the past undersigned has always proceeded with conventional paper filing procedures, never electronic filing procedures. Although he routinely uses computerized word processing and data storage techniques in his law office, he is not Internet connected.

3. Undersigned has substantially greater assured capability to meet Court set deadlines and other requirements using conventional filing procedures than through electronic filing procedures. He does essentially everything on a case himself. To give maximum assurance of timely performance of case obligations undersigned has organized his office with redundant capabilities, avoiding dependence on one capability

LAW OFFICES
ROBERT A. ACKERMAN
1250 FOURTH ST., S.W., #504 W
WASHINGTON, D.C. 20024
(202)554-2908

- 1 -

05 2318

FILED
DEC 0 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

which, should it break down, would render him inoperative. He has two word processing capabilities (a computer operated by Windows 2000 system and a separate Canon Starwriter 5000). He has two functioning copiers. With a fax machine, typewriters, a telephone, and location near the courthouse which is reliably reachable rain or shine, undersigned has a highly reliable ability to function. This capability cannot be negated by a computer virus, worm, or other disabling electronic interference reaching from outside of his office through an Internet connection to block performance of undersigned's case obligations.

4. Employing electronic filing via the Internet would render undersigned's office vulnerable to disabling electronic compromise preventing undersigned's performance of obligations to the Court.

5. This apprehension is not a fantasy. The August 22, 2005 <u>Washington Post</u> reported that a new Internet worm infecting Windows 2000 operating systems had infected and disrupted computers at CNN, ABC, and the <u>New York Times.</u> This worm and a sequel to it compromised an estimated 1,000 computers. Previously reported viruses and worms have done greater damage, often to Windows 2000 systems. More recently the November 24, 2005 <u>Washington Post</u> reported on a new worm, "Sober X", which can turn off some anti-virus and anti-spyware programs, such as Microsoft's Anti-Spyware, so that it cannot be removed with the personal computer's usual security software.

6. A large media organization like the <u>New York Times</u> or a large 300 partner law firm officed in the District of Columbia can quickly call in computer security experts to limit the damage from a virus and maintain operations. A small, sole practitioner's

LAW OFFICES
ROBERT A. ACKERMAN
1250 FOURTH ST., S.W., #504 W
WASHINGTON, D.C. 20024
(202) 554-2908

office like that of undersigned is much more vulnerable to electronic disorientation through the Internet. To maintain assured capability to carry out his case obligations to the Court and to others undersigned thus seeks to avoid reliance on the Internet for communication with the Court. Such Internet reliance could open the door to total lack of operability of this sole practitioner's law office.

7. In the proposed new case undersigned is to be joined as co-counsel in a suit against a former president of South Korea by Chang H. Lie, Esquire, a Korean national. Mr. Lie is a former three year long member of the South Korean foreign service. He thereafter served 35 years as interpreter with the U.S. State Department and the White House, functioning as interpreter on occasion for former President Reagan. Following graduation from American University's Washington College of Law Mr. Lie is now admitted to practice in this District and as a member of the bar of this Court.

7. Since undersigned is foreseen as the lead attorney with responsibility for reviewing all pleadings before filing, undersigned seeks to maintain invulnerability of his office to electronic disorientation via the Internet in handling this case. A copy of the anticipated new complaint accompanies this memorandum.

8. <u>Conclusion.</u> For the foregoing reasons permission should be granted to undersigned to proceed with the proposed case with conventional paper filing procedures rather than through electronic filing.

Respectfully submitted,

*Robert A. Ackerman*
Robert A. Ackerman 37200
1250 Fourth Street, S.W., No. 504W
Washington, D.C. 20024
Tel. (202) 554 2908   Fax (202) 554 3709
Attorney for Plaintiff Chung Mu Son

LAW OFFICES
ROBERT A. ACKERMAN
1250 FOURTH ST., S.W., #504 W
WASHINGTON, D.C. 20024
(202) 554-2908