IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CHUNG MU SON,<br><br>        Plaintiff,<br><br>v.<br><br>YOUNG SAM KIM,<br><br>        Defendant. | Civil Action No. 05-CV-02318 (JR) |

**CONSENTED TO MOTION OF DEFENDANT FOR AN ENLARGEMENT
OF TIME UNTIL APRIL 14, 2006 TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), defendant Young Sam Kim hereby files his consented to motion for an enlargement of time until April 14, 2006 to answer, move against, or otherwise respond to the Complaint and, as grounds for the motion, states as follows:

1.     Defendant resides in South Korea. He has just retained U.S. counsel in this action, and he and his counsel require an extension of time to respond to the Complaint, until April 14, 2006, in order to conduct necessary factual and legal research to properly respond to the Complaint.

2.     As there may be issues as to whether defendant was properly served with the Complaint in South Korea and defendant's response to the Complaint may arguably due to be filed in late March 2006, defendant has agreed to refrain from contesting the sufficiency of service and the parties have agreed that plaintiff shall answer, move against, or otherwise respond to the Complaint on or before April 14, 2006.

## PLAINTIFF'S CONSENT

Undersigned counsel certifies that he has contacted plaintiff's counsel, and plaintiff consents to the granting of this motion.

## PROPOSED ORDER

A proposed Order is annexed hereto.

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON, LLP


_/s/Robert M. Disch_
Robert M. Disch (#358179)
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
Tel: 202-218-0024
Fax: 202-312-9422

Counsel for Defendant
Young Sam Kim

Dated:  March 20, 2006

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CHUNG MU SON,<br><br>        Plaintiff,<br><br>v.<br><br>YOUNG SAM KIM,<br><br>        Defendant. | Civil Action No. 05-CV-02318 (JR) |

## ORDER

Upon consideration of the consented to motion of defendant Young Sam Kim for an enlargement of time until April 14, 2006 to respond to the Complaint;

IT IS HEREBY ORDERED that defendant's motion is GRANTED.

_____
United States District Court Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consented to Motion of Defendant for an Enlargement of Time Until April 14, 2006 to Respond to the Complaint was served electronically and by first class mail, postage prepaid upon the following this 20th day of March 2006:

Robert A. Ackerman
1250 Fourth Street, S.W., No. 504W
Washington, D.C. 20024

Chang H. Lie
2121 K Street, N.W.
Suite 800
Washington, D.C. 20037

                                                  /s/*Robert M. Disch*
                                                  Robert M. Disch