서울시 서초구 서초동 1719-4
(동일빌딩 4층)
[제 41호 서식]

공증인가 법무법인 한 백

전화 : (대표) : 596-7370~1
(FAX) : 596-7006

Registered No. 2006 - 621

# NOTARIAL CERTIFICATE

## HAHNBAEK LAW & NOTARY OFFICE

1719-4, SEOCHO-DONG, SEOCHO-GU, SEOUL, KOREA

23230-06511
90.11.26 승인

210mm X 297mm
인쇄용지(특급) 70g/㎡

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

| | |
|---|---|
| CHUNG MU SON,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG SAM KIM,<br><br>Defendant. | Case No. 1:05 CV 2318 (JR)<br><br>**AFFIDAVIT OF THE HON.**<br>**YEO SANG-KYU IN SUPPORT OF**<br>**MOTION TO DISMISS OF**<br>**DEFENDANT KIM YOUNG SAM** |

------------------------------------------------------------x

**YEO SANG-KYU** states as follows under penalty of perjury:

1. I am an attorney admitted to practice in the courts of the Republic of Korea. From 9. 1980. through 2. 2003., I served as a Judge of the Seoul central district & high Court of the Republic. Since my return to private practice, I have served as counsel to President Kim Young Sam.

2. To my knowledge, President Kim has never had any business dealings in the United States or with any nationals of the United States, and has never owned any property in the United States. To my knowledge, President Kim has never designated an agent for service of process in the United States, commenced or defended any litigation in the United States, or otherwise

submitted himself to the jurisdiction of United States authorities in any way.

3. Article 750 of the South Korean Civil Act provides the courts of the Republic with jurisdiction to hear any and all civil claims, and to award remedies for damages, arising from alleged unlawful acts, including claims arising from allegations of false accusation of a crime; fraudulent interference with business and fraudulent injury to credit; acts of violence by custodial officials against persons in their custody; obstruction of official duties concerning human rights; and battery. The civil courts of the Republic routinely adjudicate such claims, and do so professionally and impartially.

YEO SANG-KYU

Sworn to before me this
12th day of April, 2006

Notary Public

미합중국 콜럼비아지구 법원

원고 : 정무손

피고 : 김영삼

사건번호 : 1:05 CV2318(JR)

피고 김영삼의 소 기각을 위한 신청을 지지하는 변호사 여상규의 선서문

변호사 여상규는 위증시에 처벌받을 것을 조건으로 아래와 같이 진술합니다.

　1. 나는 대한민국 법원에서 개업허가를 받은 변호사입니다.
　　나는 1980년 9월부터 2003년 2월까지 대한민국의 서울중앙지방법원과 서울고등법원에서 판사로 재직하였습니다. 그리고 변호사로 개업한 이후에는 대통령 김영삼의 변호사로 근무하였습니다.

　2. 본 변호사가 아는 바로는 김영삼 대통령은 미국 본토나 미국의 다른 영토에서 일체 사업거래를 한 적이 없으며 미국에서 그 어떤 부동산도 소유한 적이 없습니다.
　　본 변호사가 알기로는 김 대통령은 미국에서 사건처리업무를 위한 대리인을 지명한 적이 없고 또 미국에서 소송을 제기하거나 변론한 적이 없으며 그 어떤 방법으로든지 미국 사법부에 김 대통령 자신이 중재를 부탁하거나 합의한 적이 없습니다.

　3. 대한민국 민법 750조의 법규정에 의하면, 대한민국의 법원은 모든 민사소송 청구를 심문하고 혐의있는 불법행위에서 생긴 피해에 대한 구제를 중재 내지 판결하는 사법권을 갖고 있으며, 여기에 포함되는 범위로는 범죄의 허위고소혐의, 기업에 대한 사기간여, 신용에 대한 허위손상, 관리책임하

에 있는 자를 상대로 한 관리인에 의한 폭력행사 인권 및 폭행에 관한 공무집행의 방해로 볼 수 있습니다.

대한민국의 민사재판은 이러한 청구권을 통상적으로 판결하고 전문성있게 그리고 공정하게 판결합니다.



여 상 규

위 사람은 본 공증인 앞에서 선서함.
2006년 4월 12일

공증인

서울시 서초구 서초동 1719-4
(동일빌딩 4층)
[제 20호 서식]

法務法人 한백

전화：(대표)：596-7370
(FAX)：596-7006

등부 2006년   제 621 호

Registered No.   2006 - 621

인   증

NOTARIAL CERTIFICATE

위 피고 김영삼의 소 기각을 위한 신청을 지지하는 변호사 여상규의 선서문에 기재된 여상규는 본직의 면전에서 위 사서증서에 자기가 서명날인한 것임을 자인하였다.

Yeo Sang-Kyu personally appeared before me and admitted his(her) subscription to the attached AFFIDAVIT OF THE HON. YEO SANG-KYU IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT KIM YOUNG SAM

2006년 4월 12일 이 사무소에서 위 인증한다.

This is hereby attested on this 12th day of Apr., 2006 at this office.

공증인가 법무법인 한 백
서울 서초구 서초동 1719-4

공증담당변호사



Moon, Hong Joo
Attorney-at-Law
HAHN BAEK LAW &
NOTARY OFFICE

1719-4, SEOCHO-DONG, SEOCHO-GU
SEOUL, KOREA

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public since 27th day of NOV., 1998 under Law NO.142

23230-03311일 90. 11. 26 승인

인쇄용지(특급) 70g/㎡