UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
                                      :

CHUNG MU SON,                     :       Case No. 1:05 CV 2318 (JR)

                        :       ECF Case

         Plaintiff,          :

                        :

v.                          :       **AFFIDAVIT OF**

                        :       **TIMOTHY J. MCCARTHY**

                        :

YOUNG SAM KIM,           :

                        :

         Defendant.        :

                        :

                        :
---------------------------------------------------------x

STATE OF NEW YORK     )
                              )   ss.:
COUNTY OF NEW YORK  )

      TIMOTHY J. MCCARTHY, being duly sworn, deposes and says:

      1.      I am associated with the firm Sheppard, Mullin, Richter & Hampton, LLP, attorneys for defendant Young Sam Kim in the above-entitled action.  I submit this Affidavit in Support of Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss.

      2.      Attached as Exhibit 1 is a true and correct copy of Articles 750 and 751 of the Civil Act of the Republic of Korea.

      3.      Attached as Exhibit 2 is a true and correct copy of Articles 30, 31, 125, 139, 156, 257, 260, 313, and 314 of the Criminal Act of the Republic of Korea.

4.      Attached as Exhibit 3 is a true and correct copy of Articles 18, 311 and 312 of the

Civil Procedure Act of the Republic of Korea.


_____
**TIMOTHY J. MCCARTHY**

Sworn to before me this
_13_ day of April, 2006

_____
Notary Public

VINCENT FILARDO, JR.
Notary Public, State of New York
No. 02FI6023165
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires April 12, 2007

**EXHIBIT 1**

# STATUTES
# OF
# THE REPUBLIC OF KOREA

## Volume
## 3

KOREA LEGISLATION RESEARCH INSTITUTE

# STATUTES OF THE REPUBLIC OF KOREA Vol.3

This work is and will continue to be published in a loose-leaf format

All rights reserved. No part of this publication may be reproduced or transmitted in any forms or by any electronic or mechanical means including information storage and retrieval systems without permission in writing from the publisher.

Publisher

**Korea Legislation Research Institute**

Since Dec. 31, 1997

Copyright © 1997 by Korea Legislation Research Institute

90-4 Yangjae-dong Seocho-gu

Seoul, 137-890, Republic of Korea

Printed in the Republic of Korea

TEL : (0082-2) 579-0090

FAX : (0082-2) 579-0657

Registration NO. : 1-a0190, 1981.8.11

ISBN  89-8323-043-6
ISBN  89-8323-040-1(20Vols.)

Although the Korea Legislation Research Institute(K.L.R.I.) is an independent non-profit organization funded by the Government of the Republic of Korea, the Acts and subordinate statutes translated in English and listed in this "Statutes of the Republic of Korea" should not be construed as having official authority. This "Statutes of the Republic of Korea" should be used for reference.

제10편 민사법 민법

# CIVIL ACT

Act No.  471, Feb. 22, 1958
Amended by Act No. 1237, Dec. 29, 1962
Act No. 1250, Dec. 31, 1962
Act No. 1668, Dec. 31, 1964
Act No. 2200, Jun. 18, 1970
Act No. 3051, Dec. 31, 1977
Act No. 3723, Apr. 10, 1984
Act No. 4199, Jan. 13, 1990
Act No. 5431, Dec. 13, 1997
Act No. 5454, Dec. 13, 1997
Act No. 6544, Dec. 29, 2001
Act No. 6591, Jan. 14, 2002
Act No. 7427, Mar. 31, 2005

# PART I   GENERAL PROVISIONS

## CHAPTER I   COMMON PROVISIONS

**Article 1 (Source of Law)**

If there is no provision in Acts applicable to certain civil affairs, customary law shall apply, and if there is no applicable customary law, sound reasoning shall apply.

**Article 2 (Trust and Good Faith)**

(1) The exercise of rights and the performance of duties shall be in accordance with the principle of trust and good faith.

(2) No abuse of rights shall be permitted.

## CHAPTER II   PERSONS

### SECTION 1   Capacity

**Article 3 (Duration of Legal Capacity)**

All persons shall be subjects of rights and duties throughout their lives.

**Article 4 (Majority)**

Majority is attained upon the completion of twenty full years of age.

**Article 5 (Capacity of Minor)**

(1) A minor shall obtain the consent of his agent by law to perform any

1                              (Supp. 29)

of his awareness of the above fact.

(2) The person enriched in good faith shall, if defeated in a lawsuit, be deemed to be a person enriched in bad faith from the time such action was filed.

# CHAPTER V  TORTS

**Article 750 (Definition of Torts)**

Any person who causes losses to or inflicts injuries on another person by an unlawful act, wilfully or negligently, shall be bound to make compensation for damages arising therefrom.

**Article 751 (Compensation for Non-Economic Damages)**

(1) A person who has injured the person, liberty or fame of another or has inflicted any mental anguish to another person shall be liable to make compensation for damages arising therefrom.

(2) The court may order the guilty party to discharge the compensation mentioned in paragraph (1) by periodical payments, and may order such guilty parties to offer reasonable security in order to insure his performance of such obligations.

**Article 752 (Consolation Money in a case where of Violation of Life)**

A person who has caused the death of another person shall be liable for damages to the lineal ascendants, lineal descendants and the spouse, even where no economic damages exist as a result thereof.

**Article 753 (Minor's Competency)**

In the event that a minor has caused damage to another, if he was not in possession of sufficient intelligence to understand his responsibility for the act, he shall not be liable for damages resulting therefrom.

**Article 754 (Competency of Person of Mental Unsoundness)**

A person who, while in a state of mental unsoundness, has caused damage to another, shall not be liable for damages resulting therefrom: *Provided,* That this shall not be the case, if he has brought upon himself his state of mental unsoundness either wilfully or negligently.

**Article 755 (Liability of Supervisor over Incompetent Person)**

(1) In the event that an incompetent person exempts from liabilities in accordance with the provisions of Articles 753 and 754, the person who

**EXHIBIT 2**

# STATUTES
# OF
# THE REPUBLIC OF KOREA

## Volume
## 4

KOREA LEGISLATION RESEARCH INSTITUTE

# STATUTES OF THE REPUBLIC OF KOREA Vol.4

This work is and will continue to be published in a loose-leaf format

All rights reserved. No part of this publication may be reproduced or transmitted in any forms or by any electronic or mechanical means including information storage and retrieval systems without permission in writing from the publisher.

Publisher

**Korea Legislation Research Institute**

Since Dec. 31, 1997

Copyright © 1997 by Korea Legislation Research Institute

90-4 Yangjae-dong Seocho-gu

Seoul, 137-890, Republic of Korea

Printed in the Republic of Korea

TEL : (0082-2) 579-0090

FAX : (0082-2) 579-0657

Registration NO. : 1-a0190, 1981.8.11

ISBN  89-8323-044-4
ISBN  89-8323-040-1(20Vols.)

Although the Korea Legislation Research Institute(K.L.R.I.) is an independent non-profit organization funded by the Government of the Republic of Korea, the Acts and subordinate statutes translated in English and listed in this "Statutes of the Republic of Korea" should not be construed as having official authority. This "Statutes of the Republic of Korea" should be used for reference.

제12편 형사법  형법

# CRIMINAL ACT

Act No.   293, Sep. 18, 1953
Amended by Act No. 2745, Mar. 25, 1975
Act No. 4040, Dec. 31, 1988
Act No. 5057, Dec. 29, 1995
Act No. 5454, Dec. 13, 1997
Act No. 6543, Dec. 29, 2001
Act No. 7077, Jan. 20, 2004
Act No. 7623, Jul.  29, 2005

## PART I  GENERAL PROVISIONS

## CHAPTER I  LIMIT OF APPLICABILITY OF CRIMINAL CODE

### Article 1 (Criminality and Punishability of Act)

(1) The criminality and punishability of an act shall be determined by the law in effect at the time of the commission of that act.

(2) When a law is changed after the commission of a crime, such act thereby no longer constitutes a crime under the new law, or the punishment therefor under the new law becomes less severe than under the previous law, the new law shall apply.

(3) When a law is changed after the sentence for a crime committed under the previous law has become final and such act thereby no longer constitutes a crime, the execution of the punishment shall be remitted.

### Article 2 (Domestic Crimes)

This Act shall apply to both Korean nationals and aliens who commit crimes in the territory of the Republic of Korea.

### Article 3 (Crimes by Koreans outside Korea)

This Act shall apply to all Korean nationals who commit crimes outside the territory of the Republic of Korea.

### Article 4 (Crimes by Aliens on Board Korean Vessel, etc. outside Korea)

This Act shall apply to aliens who commit crimes on board a Korean vessel or Korean aircraft outside the territory of the Republic of Korea.

### Article 5 (Crimes by Aliens outside Korea)

An act which infringes a legal interest with the consent of one who is authorized to dispose of such interest shall not be punishable except as otherwise provided by Acts.

## SECTION 2  Criminal Attempts

**Article 25 (Criminal Attempts)**
(1) When an intended crime is not completed or if the intended result does not occur, it shall be punishable as an attempted crime.
(2) The punishment for attempted crime may be mitigated than that of consummated crime.

**Article 26 (Voluntarily Ceased Crime)**
When a person voluntarily ceases his criminal act which he began or prevents the result of the culmination thereof, the punishments shall be mitigated or remitted.

**Article 27 (Impossible Crime)**
Even though the occurrence of a crime is impossible because of the means adopted for the commission of the crime or because of mistake of objects, the punishment shall be imposed if there has been a resulting danger, but the punishment may be mitigated or remitted.

**Article 28 (Conspiracy and Preparation)**
When a conspiracy or the preparatory action for a crime has not reached commencement stage for the commission of the crime, the person shall not be punishable, except as otherwise provided by Acts.

**Article 29 (Punishment of Attempts)**
The punishment for attempted crimes shall be specifically provided in each Article concerned.

## SECTION 3  Complicity

**Article 30 (Co-Principals)**
When two or more persons have jointly committed a crime, each of them shall be punished as a principal offender for the crime committed.

**Article 31 (Instigator)**
(1) For a person who instigates another to commit a crime, the same

425

CRIMINAL ACT

punishment shall be applied to the instigator as one who actually commits the crime.

(2) When a person is instigated and consents to carry out a crime but does not reach the commencement stage for the commission thereof, the punishment for conspiracies or preparations thereof shall apply *mutatis mutandis* to the instigator and the instigated person.

(3) Even though the instigated person does not consent to the commission of a crime, the preceding paragraph shall apply to the instigator.

**Article 32 (Accessories)**

(1) Those who aid and abet the commission of a crime by another person shall be punished as accessories.

(2) The punishment of accessories shall be mitigated to less than that of the principals.

**Article 33 (Complicity and Status)**

To a person who collaborates in the commission of a crime in which person's status is an element, the provisions of the preceding three Articles shall apply even though that person lacks such status: *Provided*, That when the severity of a punishment varies with the accused's status, the heavier punishment shall not be imposed on that person who lacks such status.

**Article 34 (Principal through Innocent Human Agent and Aggravation of Punishment for Particular Instigation or Aiding and Abetting)**

(1) A person who commits a crime by instigating or aiding and abetting another who is not punishable for such conduct, or who is punishable as an offender through negligence, shall be punishable in accordance with the provision for an instigator or accessory.

(2) A person who causes the results envisaged in the preceding paragraph by instigating or aiding and abetting another person who is under his control and supervision, shall be punished by increasing one half of the maximum term or maximum amount of penalty provided for the principal in the case of instigating, and with the penalty provided for the principal in the case of aiding and abetting.

## SECTION 4  Repeated Crime (Recidivism)

**Article 35 (Repeated Crime)**

(1) A person who, having been punished with imprisonment without prison

(1) If a person who performs or assists in activities concerning judgment, prosecution, police, or other functions involving the restraint of the human body, arrests or imprisons another by abusing his official authority, he shall be punished by imprisonment for not more than seven years and suspension of qualifications for not more than ten years.

(2) Attempts to commit the crimes specified in the preceding paragraph shall be punished.

### Article 125 (Violence and Cruel Act)

A person who, in performing or assisting in activities concerning judgment, prosecution, police or other functions involving the restraint of the human body, commits an act of violence or cruelty against a criminal suspect or against another person while in the performance of his duties, shall be punished by imprisonment for not more than five years and suspension of qualifications for not more than ten years.

### Article 126 (Publication of Facts of Suspected Crime)

A person who, in the performance or supervision of, or in the assistance in, functions involving prosecution, police, or other activities concerning investigation of crimes, makes public, before request for public trial, the facts of a suspected crime which have come to his knowledge during the performance of his duties, shall be punished by imprisonment for not more than three years, or suspension of qualifications for not more than five years.

### Article 127 (Divulgence of Official Secrets)

A public official or former public official who divulges official secrets obtained in the course of performing his duties and classified by Acts and subordinate statutes as secret shall be punished by imprisonment or imprisonment without prison labor for not more than two years or suspension of qualifications for not more than five years.

### Article 128 (Obstruction of Election)

A public official, having duties concerning prosecution, police or army, who intimidates a voter, candidate, or a person who seeks to be candidate, in an election provided for by Acts and subordinate statutes, or who obstructs the freedom of election by any other means, shall be punished by imprisonment for not more than ten years and suspension of qualifications for not less than five years.

### Article 129 (Acceptance of Bribe and Advance Acceptance)

447

CRIMINAL ACT

(2) The preceding paragraph shall apply to a person who uses violence or intimidation against a public official in order to cause him to perform, or refrain from performing an official act or in order to force his resignation.

**Article 137 (Obstruction of Performance of Official Duties by Fraudulent Means)**

A person who interferes with the execution of duties by a public official by fraudulent means, shall be punished by imprisonment for not more than five years, or five not exceeding ten million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

**Article 138 (Contempt of Court or National Assembly)**

A person who insults a court or the National Assembly or creates a disturbance in or near a court or the National Assembly for the purpose of disturbing or threatening the conduct of a court or the discussion of the Assembly, shall be punished by imprisonment for not more than three years or by a fine not exceeding seven million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

**Article 139 (Obstruction of Official Duties for Vindication of Human Rights)**

A person who, performing police duties or assisting in such duties, interferes with the execution of duties of a public prosecutor concerning the vindication of human rights or who does not follow his instructions concerning the vindication of human rights, shall be punished by imprisonment for not more than five years or suspension of qualifications for not more than ten years.

**Article 140 (Rendering Null and Void Symbol of Official Secrecy)**

(1) A person who damages or conceals a seal or symbol of attachment or other execution which a public official has levied in his official duties or reduces its utility by any other methods, shall be punished by imprisonment for not more than five years or by a fine not exceeding seven million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

(2) Any public official who opens any sealed or secretly designed document, book or picture in relation with his duties, shall also be punished by the same punishment as referred to in paragraph (1). ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

(3) Any public official who detects, book, picture, or special media records, such as electromagnetic records, etc., using any technical means, shall also be punished by the same punishment as referred to in paragraph (1).

450

CRIMINAL ACT

(2) A person who harbors a witness or causes him not to testify in a criminal or disciplinary case against another, shall also be punished by the imprisonment or fine as referred to in paragraph (1). ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

(3) A person who, for the purpose of causing injury to an accused, or a criminal or disciplinary suspect, commits the crimes under the preceding two paragraphs, shall be punished by imprisonment for not more than ten years.

(4) If a crime under this Article is committed by a relative, head of the house, or a family living together with the said person for the benefit of the criminal, it shall not be punishable.

# CHAPTER XI  THE CRIME OF FALSE ACCUSATION

**Article 156 (False Accusation)**

A person who reports false information to a public office or a public official for the purpose of having a criminal or disciplinary punishment imposed upon another, shall be punished by imprisonment for not more than ten years, or fine not exceeding fifteen million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

**Article 157 (Confession, Self-denunciation)**

Article 153 shall apply *mutatis mutandis* to the preceding Article.

# CHAPTER XII  CRIMES CONCERNING DECEASED PERSONS

**Article 158 (Disturbing Funeral Service, etc.)**

A person who disturbs funeral rites, rituals, worship, or preaching, shall be punished by imprisonment for not more than three years or by a fine not exceeding five million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

**Article 159 (Defiling Corpse, etc.)**

A person who defiles a corpse, remains, or the hair of the dead, shall be punished by imprisonment for not more than two years or by a fine

CRIMINAL ACT

# CHAPTER XXV  CRIMES OF INFLICTING
# BODILY INJURY AND VIOLENCE

**Article 257 (Inflicting Bodily Injury on Other or on Lineal Ascendant)**
  (1) A person who inflicts a bodily injury upon another shall be punished by imprisonment for not more than seven years or suspension of qualifications for not more than ten years or by a fine not exceeding ten million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩
  (2) When the crime as referred in paragraph (1) is committed on a lineal ascendant of the offender or of his spouse, one shall be punished by imprisonment for not more than ten years or a fine not exceeding fifteen million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩
  (3) Attempts to commit the crimes of the preceding two paragraphs shall be punished.

**Article 258 (Aggravated Bodily Injury on Other or on Lineal Ascendant)**
  (1) A person who inflicts bodily injury upon another, thereby endangering ones life, shall be punished by imprisonment for not less than one year nor more than ten years.
  (2) The preceding paragraph shall apply to a person who, in consequence of injuring another, causes one to be crippled or incurably or hopelessly diseased.
  (3) When the crimes of the preceding two paragraphs are committed on a lineal ascendant of the offender or of ones spouse, one shall be punished by limited imprisonment for not less than two years.

**Article 259 (Death Resulting from Bodily Injury)**
  (1) A person who inflicts bodily injury upon another, thereby causing his death, shall be punished by limited imprisonment for not less than three years. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩
  (2) When the crime of the preceding paragraph is committed on a lineal ascendant of the offender or of his spouse, he shall be punished by imprisonment for life or not less than five years.

**Article 260 (Crime of Violence)**
  (1) A person who uses violence against another shall be punished by imprisonment for not more than two years, a fine not exceeding five million won, detention, or a minor fine. ⟨Amended by Act No. 5057, Dec. 29,

474

*1995〉*

(2) When the crime as referred to in paragraph (1) is committed on a lineal ascendant of the offender or of his spouse, he shall be punished by imprisonment for not more than five years, or a fine not exceeding seven million won. 〈*Amended by Act No. 5057, Dec. 29, 1995〉*

(3) The crimes as referred to in paragraphs (1) and (2) shall not be prosecuted over the express objection of the victim. 〈*Amended by Act No. 5057, Dec. 29, 1995〉*

### Article 261 (Special Violence)

When the crime as referred to in Article 260 (1) or (2) is committed through the threat of collective force or by carrying a dangerous weapon, the offender shall be punished by imprisonment for not more than five years or by a fine not exceeding ten million won. 〈*Amended by Act No. 5057, Dec. 29, 1995〉*

### Article 262 (Death or Injury Resulting from Violence)

A person who commits the crimes of the preceding two Articles, thereby causing death or injury, shall be punished in accordance with Articles 257 through 259.

### Article 263 (Simultaneous Crimes)

When two or more persons use violence against another and thereby injuring the latter, such persons, if it is impossible to determine which person caused the injury, shall be regarded to be co-principals.

### Article 264 (Habitual Crimes)

A person who habitually commits any of the crimes of Article 257, 258, 260 or 261 shall be punished by increasing one half of the penalty specified for the relevant crime.

### Article 265 (Concurrent Imposition of Suspension of Qualifications)

In the case of Articles 257 (2), 258, 260 (2), 261 and the preceding Article, the suspension of qualifications for not more than ten years may be concurrently imposed.

## CHAPTER XXVI  CRIMES OF INFLICTING BODILY INJURY AND DEATH THROUGH NEGLIGENCE

### Article 266 (Bodily Injury by Negligence)

475

제12편 형사법 형법

another, shall be punished by imprisonment or imprisonment without prison labor for not more than three years or by a fine not exceeding seven million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

(2) A person who commits the crime of Article 307(2), by the method described in paragraph (1), shall be punished by imprisonment for not more than seven years or suspension of qualifications for not more than ten years, or a fine not exceeding fifteen million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

**Article 310 (Justification)**

If the facts alleged under Article 307(1) are true and solely for the public interest, the act shall not be punishable.

**Article 311 (Insult)**

A person who publicly insults another shall be punished by imprisonment or imprisonment without prison labor for not more than one year or by a fine not exceeding two million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

**Article 312 (Complaint)**

(1) The crimes of Articles 308 through 311 shall be prosecuted only upon complaint. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

(2) The crimes of Articles 307 through 309 shall not be prosecuted over the express objection of the victim. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

# CHAPTER XXXIV CRIMES AGAINST CREDIT, BUSINESS AND AUCTION

**Article 313 (Injuring Credit)**

A person who injures the credit of another by circulating false facts or through fraudulent means, shall be punished by imprisonment for not more than five years or by a fine not exceeding fifteen million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

**Article 314 (Interference with Business)**

(1) A person who interferes with the business of another by the method of Article 313 or by the threat of force, shall be punished by imprisonment for not more than five years or by a fine not exceeding fifteen million won. ⟨Amended by Act No. 5057, Dec. 29, 1995⟩

485

CRIMINAL ACT

(2) Any person who interferes with another person's business by damaging or destroying any data processor, such as computer, or special media records, such as electromagnetic records, or inputting false information or improper order into the data processor, or making any impediment in processing any data by other way, shall also be subject to the same punishment as referred to in paragraph (1). 〈Newly Inserted by Act No. 5057, Dec. 29, 1995〉

**Article 315 (Interference with Auction or Bidding)**

A person who interferes with the impartial conduct of an auction or a bid through fraudulent means or by the threat of force or by other means, shall be punished by imprisonment for not more than two years or by a fine not exceeding seven million won. 〈Amended by Act No. 5057, Dec. 29, 1995〉

# CHAPTER XXXV  CRIMES OF VIOLATION OF SECRECY

**Article 316 (Violation of Secrecy)**

(1) A person who opens a sealed or other secretly composed letter, document, or drawing shall be punished by imprisonment or imprisonment without prison labor for not more than three years or by a fine not exceeding five million won. 〈Amended by Act No. 5057, Dec. 29, 1995〉

(2) Any person who detects the contents of another person's sealed or secretly designed letter, document, drawing, picture, or special media records, such as electromagnetic records, using any technical means, shall be subject to the same punishment as referred to in paragraph (1). 〈Newly Inserted by Act No. 5057, Dec. 29, 1995〉

**Article 317 (Occupational Disclosure of Other's Secrets)**

(1) A doctor, dentist, herb doctor, pharmacist, druggist, midwife, lawyer, patent attorney, certified public accountant, notary, scrivener or his assistant or any person formerly engaged in such profession who discloses another's secret which has come to his knowledge in the course of the practice of his profession, shall be punished by imprisonment or imprisonment without prison labor for not more than three years, suspension of qualifications for not more than ten years or a fine not exceeding seven million won. 〈Amended by Act No. 5057, Dec. 29, 1995; Act No. 5454, Dec. 13, 1997〉

**EXHIBIT 3**

# STATUTES
# OF
# THE REPUBLIC OF KOREA

## Volume
## 3

**KOREA LEGISLATION RESEARCH INSTITUTE**

# STATUTES OF THE REPUBLIC OF KOREA Vol.3

This work is and will continue to be published in a loose-leaf format

All rights reserved. No part of this publication may be reproduced or transmitted in any forms or by any electronic or mechanical means including information storage and retrieval systems without permission in writing from the publisher.

Publisher

**Korea Legislation Research Institute**

Since Dec. 31, 1997

Copyright © 1997 by Korea Legislation Research Institute

90-4 Yangjae-dong Seocho-gu

Seoul, 137-890, Republic of Korea

Printed in the Republic of Korea

TEL : (0082-2) 579-0090

FAX : (0082-2) 579-0657

Registration NO. : 1-a0190, 1981.8.11

ISBN  89-8323-043-6
ISBN  89-8323-040-1(20Vols.)

Although the Korea Legislation Research Institute(K.L.R.I.) is an independent non-profit organization funded by the Government of the Republic of Korea, the Acts and subordinate statutes translated in English and listed in this "Statutes of the Republic of Korea" should not be construed as having official authority. This "Statutes of the Republic of Korea" should be used for reference.

제10편 민사법 민사소송법

# CIVIL PROCEDURE ACT

Wholly Amended by Act No. 6626, Jan. 26, 2002

## PART I   GENERAL PROVISIONS

**Article 1 (Ideal of Civil Procedure and Principle of Sincerity and Faithfulness)**

(1) A court shall endeavor to have the litigation procedures progress fairly, swiftly and economically.

(2) The concerned parties and participants of litigation shall perform the litigation sincerely and faithfully.

## CHAPTER I   COURTS

### SECTION 1   Jurisdiction

**Article 2 (General Forum)**

A lawsuit is subject to the jurisdiction of a court at the place where a defendant's general forum is located.

**Article 3 (General Forum of Person)**

General forum of a person shall be determined by his domicile: *Provided,* That in case where he has no domicile in the Republic of Korea or his domicile is unknown, it shall be determined pursuant to his residence, and if his residence is unfixed or unknown, it shall be determined pursuant to his last domicile.

**Article 4 (General Forum of Ambassador or Minister, etc.)**

In case where an ambassador, a minister and other citizens of the Republic of Korea who are exempted from an exercise of foreign jurisdiction have no general forum under Article 3, their general forums shall be the place where the Supreme Court is located.

**Article 5 (General Forum of Juristic Person, etc.)**

(1) General forum of a juristic person or any other association or foun-

제10편 민사법 민사소송법

of a claim or those of the security, or any seizable property of a defendant.

**Article 12 (Special Forum of Location of Office or Business Place)**

A lawsuit concerning the affairs of an office or business place against a person who keeps such an office or business place may be brought to the court located in the place of such an office or business place.

**Article 13 (Special Forum of Place of Registry of Ship)**

A lawsuit concerning a ship or voyage against the ship-owner or any other person utilizing the ship may be brought to the court located in the place of the ship's registry.

**Article 14 (Special Forum of Location of Ship)**

A lawsuit concerning a claim on a ship and other claims secured on a ship may be brought to the court in the place of a ship's location.

**Article 15 (Special Forum for Company Employees, etc.)**

(1) A lawsuit by a company or any other association against its employee, or by an employee against another employee may be brought to the court in the place of the general forum of such a company or such other association, if such lawsuit is attributable to the qualification of such an employee.

(2) The provisions of paragraph (1) shall apply *mutatis mutandis* to a lawsuit by an association or foundation against its officer or a lawsuit by a company against its promoter or inspector.

**Article 16 (Special Forum for Company Employees, etc.)**

A lawsuit by a creditor of a company or any other association against its employee may be brought to the court as referred to in Article 15, if such lawsuit is attributable to the qualification of such an employee.

**Article 17 (Special Forum for Company Employees, etc.)**

The provisions of Articles 15 and 16 shall apply *mutatis mutandis* to a lawsuit by a company or other association or foundation, or an employee thereof or a creditor of an association against the person who was an employee, officer, promoter, or inspector thereof, and to a lawsuit by a former employee thereof against a present employee thereof.

**Article 18 (Special Forum for Locus Delicti)**

(1) A lawsuit concerning a tort may be brought to the court in the place of an act.

(2) A lawsuit for damages due to a collision of ships or aircraft or any other accident may be brought to the court in the place where the ships

제10편 민사법 민사소송법

(1) A court may, if deemed reasonable by taking account of a witness and the matters to be attested, have such a witness submit the documents stating the matters to be testified, in substitution for his attendance or testimony.

(2) The court may, when there exists an objection by the other party or if deemed necessary, have a witness under paragraph (1) attend and testify.

**Article 311 (Fine for Negligence, etc. in Case of Non-Appearance of Witness)**

(1) When a witness fails to appear without any justifiable reasons, the court shall, by its ruling, order him to bear the costs of lawsuit incurred thereby, and impose on him a fine for negligence not exceeding five million won.

(2) When a witness again fails to appear without any justifiable reasons even after receiving a judgment of a fine for negligence under paragraph (1), the court shall, by its ruling, punish the witness by a detention for not more than 7 days.

(3) The court shall deliberate on whether or not there exist any justifiable reasons under paragraph (2), by summoning the witness on the date of detention judgment.

(4) A judgment on the punishment by a detention shall be enforced by the court officials or policemen through confining the offender in a lockup in police station, correctional institution or detention center, under the order of the presiding judge of the court rendering such judgment.

(5) When a witness subjected to a judgment of detention is detained in a detention facility as stipulated in paragraph (4), the head of competent detention facility shall promptly notify the court of such fact.

(6) The court shall, upon receipt of a notice under paragraph (5), open the date for examining the witness without delay.

(7) When a witness subjected to a judgment of detention has testified during the enforcement of his detention, the court shall promptly revoke the ruling of detention, and order to release him.

(8) An immediate appeal may be made against the ruling under paragraphs (1) and (2): *Provided*, That the provisions of Article 447 shall not be applicable.

(9) Procedures for a trial under paragraphs (2) through (8) and an en-

455                                        (Supp. 18)

CIVIL PROCEDURE ACT

forcement thereof, and other necessary matters, shall be prescribed by the Supreme Court Regulations.

**Article 312 (Compulsory Appearance of Witness Failing to Appear)**

(1) A court may order a compulsory appearance of the witness who has failed to appear without any justifiable reasons.

(2) The provisions of the Criminal Procedure Act concerning a compulsory appearance shall apply *mutatis mutandis* to the compulsory appearance under paragraph (1).

**Article 313 (Examination of Witness by Commissioned or Entrusted Judge)**

A court may, if it falls under any one of the following subparagraphs, have a commissioned judge or an entrusted judge examine a witness:

1. When the witness is unable to appear before the court of the lawsuit due to justifiable reasons;

2. When an appearance of the witness before the court of the lawsuit requires the undue expenses or time; and

3. When there exist other reasonable reasons, against which the parties do not raise any objection.

**Article 314 (Right to Refuse Testimony)**

A witness may refuse to testify when his testimony is related to such matters as are likely to cause a prosecution or conviction to himself or persons falling under any of the following subparagraphs, or as are to bring a disgrace to himself or them:

1. Relatives, householder or family members of the witness, or persons who have been in such relationships; and

2. A guardian of the witness, or a person under the witness's guardianship.

**Article 315 (Right to Refuse Testimony)**

(1) A witness may refuse to testify if it falls under any of the following subparagraphs:

1. When a lawyer, patent attorney, notary public, certified public accountant, certified tax consultant, medical person, pharmacist, or a holder of other post liable for keeping secret under Acts and subordinate statutes, or of a religious post, or a person who has been in such post, is examined on matters falling under the secrets of his official functions; and

2. When he is examined on matters falling under the technical or profes-

(Supp. 18)                                    456