UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------------------------------x

| | |
|---|---|
| CHUNG MU SON, : | |
| : | |
| : | |
| Plaintiff, : | Case No. 1:05 CV 2318 (JR) |
| v. : | |
| : | ECF Case |
| YOUNG SAM KIM, : | |
| : | |
| Defendant. : | |

---------------------------------------------------------x

## ORDER

Upon consideration of Defendant's motion to dismiss the Complaint in this action, of Plaintiff's response thereto, and of Defendant's reply and the entire record herein,

IT IS HEREBY ORDERED that defendant's Motion is GRANTED and,

IT IS FURTHER ORDERED, that Plaintiff's claims are DISMISSED with prejudice.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Send to:

| | |
|---|---|
| James J. McGuire | Robert A. Ackerman 37200 |
| Sheppard Mullin Richter & Hampton, LLP | 1250 Fourth Street, S.W., No. 504W |
| 30 Rockefeller Plaza, 24th Floor | Washington, D.C. 20024 |
| New York, NY 10112 | (202) 554-2908 |
| (212) 332-3800 | |
| | Chang H. Lie 486121 |
| Robert M. Disch | 2121 K Street, N.W., Suite 800 |
| 1300 I Street, NW | Washington, D.C. 20037 |
| Eleventh Floor East | (202) 246-0300 |
| Washington, D.C. 20005 | |
| (202) 218-0000 | |

*Attorneys for Defendant*         *Attorneys for Plaintiff*