UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHUNG MU SON | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 05-CV-02318 (JR) |
| YOUNG SAM KIM | : | |
| Defendant. | : | |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

CONSENT MOTION OF PLAINTIFF FOR ENLARGEMENT
OF TIME UNTIL MAY 8, 2006 IN WHICH TO RESPOND
_TO DEFENDANT'S MOTION TO DISMISS COMPLAINT_

Plaintiff Chung Mu Son files this consented to motion pursuant to Fed.R. Civ. P.

6(b) for an enlargement of time through May 8, 2006 in which to file a response to the

motion of defendant to dismiss the Complaint.

Defendant's motion raises serious issues which will require additional time in

which to respond fully.

Undersigned plaintiff's counsel has contacted defense counsel who has consented

to the granting of this motion.

A proposed Order is provided.

Respectfully submitted,

_____
Robert A. Ackerman 37200
1250 Fourth Street, S.W. No. 504W
Washington,   D.C. 20024
Tel. (202) 554 2908   Fax: (202) 554 3709

.Certificate of Service

I certify that on April 17, 2006 I sent by first class mail and by thermofax copies of the foregoing to Robert M. Disch, 1300 I Street, N.W., 11TH Floor East, Washington, D.C 20005,  Counsel for Defendant.

_____
Robert A. Ackerman


. . . . . . . . . . . . . . . . . . . . . . . . . .


## O R D E R

Upon consideration of the motion of plaintiff Chung Mu Son for enlargement of time to respond to the defense motion to dismiss the Complaint, and of the consent of defendant thereto, it is, by the Court, this _____day of April, 2006, hereby ORDERED:

That the motion of plaintiff be, and hereby is, GRANTED; and

That plaintiff shall have through May 12, 2006 within which to respond to the defendant's motion to dismiss the Complaint.


_____
Judge