UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUNG MU SON | : |
|       Plaintiff | : |
| v. | :   Case No. 05-CV-02318 (JR) |
| YOUNG SAM KIM, | : |
|       Defendant. | : |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## O R DE R

Upon consideration of the consented to motion of plaintiff Chung Mu Son for an enlargement of time through May 8, 2006 in which to respond to defendant's motion o dismiss the Complaint;

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED.

                                                                                _____
                                                                                              Judge

Dated: _____