## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHUNG MU SON | : |
| Plaintiff | : |
| v. | : Case No. 05-CV-02318 (JR) |
| YOUNG SAM KIM | : |
| Defendant. | : |

## O R D E R

Upon consideration of the motion of defendant to dismiss the Complaint herein, and of the opposition of plaintiff thereto, and good cause appearing to deny such motion, now therefore, it is, by the Court, hereby ORDERED:

That the defendant's motion be, and hereby is, DENIED.

_____
United States District Court Judge