IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CHUNG MU SON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YOUNG SAM KIM,<br><br>　　　　　Defendant. | Civil Action No. 05-CV-02318 (JR) |

## CONSENT MOTION OF DEFENDANT FOR A ONE WEEK
## ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Pursuant to Fed. R. Civ. P. 6(b), defendant Young Sam Kim hereby moves for a one week enlargement of time until May 22, 2004 to file his reply to plaintiff's opposition to defendant's motion to dismiss the Complaint and, as grounds for the enlargement of time, states as follows:

　　　1.　　Defendant resides in Korea and defendant's counsel needs the requested enlargement in order to be able to fully and effectively prepare a reply brief. In addition, the action involves issues of U.S. and Korean law and international law all of which must be thoroughly researched.

　　　2.　　The requested one week enlargement will not delay the prompt disposition of this action.

### PLAINTIFF'S CONSENT

Undersigned counsel certifies that he has contacted plaintiff's counsel, and plaintiff consents to the granting of this motion.

## PROPOSED ORDER

A proposed Order is annexed hereto.

>Respectfully submitted,
>
>SHEPPARD MULLIN RICHTER & HAMPTON, LLP
>
>
>___/s/Robert M. Disch___
>Robert M. Disch (#358179)
>1300 I Street, N.W., 11th Floor East
>Washington, D.C. 20005
>Tel: 202-218-0024
>Fax: 202-312-9422
>
>
>James J. McGuire
>Sy Kim
>Irving Kagan
>Timothy J. McCarthy
>Sheppard Mullin Richter & Hampton, LLP
>30 Rockefeller Plaza, 24th Floor
>New York, NY 10112
>Tel: 212-332-3800
>Fax: 212-332-3888
>
>Counsel for Defendant
>Young Sam Kim

Dated: May 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion of Defendant for an Enlargement of Time to File Reply Brief was served electronically and by first class mail, postage prepaid upon the following this 9th day of May 2006:

        Robert A. Ackerman
        1250 Fourth Street, S.W., No. 504W
        Washington, D.C. 20024

        Chang H. Lie
        2121 K Street, N.W.
        Suite 800
        Washington, D.C. 20037


                                  /s/*Robert M. Disch*
                                  Robert M. Disch