IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CHUNG MU SON,<br><br>        Plaintiff,<br><br>v.<br><br>YOUNG SAM KIM,<br><br>        Defendant. | Civil Action No. 05-CV-02318 (JR) |

## ORDER

Upon consideration of the consented to motion of defendant Young Sam Kim for a one week enlargement of time until May 22, 2006 to respond to plaintiff's opposition to defendant's motion to dismiss the Complaint;

    IT IS HEREBY ORDERED that the consent motion is GRANTED.

_____
United States District Court Judge

Dated: _____