IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CHUNG MU SON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>YOUNG SAM KIM,<br><br>　　　　　　Defendant. | Civil Action No. 05-CV-02318 (JR) |

**CONSENT MOTION OF DEFENDANT FOR AN EIGHT DAY
ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

　　Pursuant to Fed. R. Civ. P. 6(b), defendant Young Sam Kim hereby moves for an eight day enlargement of time until May 30, 2006 to file his reply to plaintiff's opposition to defendant's motion to dismiss the Complaint and, as grounds for the enlargement of time, states as follows:

　　1.　　Due to unforeseen circumstances and the press of other business, counsel for Defendant needs the requested additional enlargement in order to be able to fully and effectively prepare a reply brief.

　　2.　　The requested eight day enlargement will not delay the prompt disposition of this action.

**PLAINTIFF'S CONSENT**

　　Undersigned counsel certifies that he has contacted plaintiff's counsel, and plaintiff consents to the granting of this motion.

## PROPOSED ORDER

A proposed Order is annexed hereto.

                                        Respectfully submitted,

                                        SHEPPARD MULLIN RICHTER & HAMPTON, LLP


                                        _/s/Robert M. Disch_
                                        Robert M. Disch (#358179)
                                        1300 I Street, N.W., 11th Floor East
                                        Washington, D.C. 20005
                                        Tel: 202-218-0024
                                        Fax: 202-312-9422


                                        James J. McGuire
                                        Sy Kim
                                        Irving Kagan
                                        Timothy J. McCarthy
                                        Sheppard Mullin Richter & Hampton, LLP
                                        30 Rockefeller Plaza, 24th Floor
                                        New York, NY 10112
                                        Tel:  212-332-3800
                                        Fax:  212-332-3888

                                        Counsel for Defendant
                                        Young Sam Kim

Dated:  May 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion of Defendant for an Eight Day Enlargement of Time to File Reply Brief was served electronically and by first class mail, postage prepaid upon the following this 17th day of May 2006:

Robert A. Ackerman
1250 Fourth Street, S.W., No. 504W
Washington, D.C. 20024

Chang H. Lie
2121 K Street, N.W.
Suite 800
Washington, D.C. 20037

                                               /s/*Robert M. Disch*
                                               Robert M. Disch