IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

CHUNG MU SON,

        Plaintiff,

v.

YOUNG SAM KIM,

        Defendant.

Civil Action No. 05-CV-02318 (JR)

## ORDER

Upon consideration of the consented to motion of defendant Young Sam Kim for an eight day enlargement of time until May 30, 2006 to respond to plaintiff's opposition to defendant's motion to dismiss the Complaint;

IT IS HEREBY ORDERED that the consent motion is GRANTED.

_____
United States District Court Judge

Dated: _____