```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


CHUNG MU SON,                      :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :  Civil Action No. 05-2318 (JR)
                                   :
YOUNG SAM KIM,                     :
                                   :
        Defendant.                 :
```

### ORDER

For the reasons set forth in the accompanying memorandum, defendant Kim's motion to dismiss [4] is **granted**.

It is **SO ORDERED**.


                                          JAMES ROBERTSON
                                       United States District Judge